ALFRED BLUMENTHAL AND MIRIAM ROGERS,

Defendants Below, Appellants,

*vs.*

MARGARET FEARS BLUMENTHAL,

Complainant Below, Appellee.

*Supreme Court, On Appeal, February 26, 1945.*

Before LAYTON, C. J., and RICHARDS, RODNEY, SPEAK-MAN and TERRY, JJ.

*John J. Morris,* of Hering, Morris, James and Hitchens, for appellants.

*Aaron Finger,* of Richards, Layton and Finger for appellee.

PER CURIAM.

We find no substantial error in the proceedings in this case, and the decree is therefore affirmed. A restatement of the pertinent principles by another and independent opinion would result in no apparent advantage. (See *ante* *p.* 1 for opinion below.)

In addition to the authorities cited in the court's opinion (*ante p.* 1, 35 *A.* 2*d* 831) some additional support may be found in *Quarl v. Abbett,* 102 *Ind.* 233, 1 *N.E.* 476, 52 *Am. Rep.* 662, and in cases listed in 126 *A.L.R.* 664, and 145 *A.L.R.* 1394.